IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| CASSANDRA HOLMES,<br><br>      Plaintiff,<br><br>  v.<br><br>WELLS FARGO BANK, N.A.,<br><br>      Defendant | CASE NO.  7:18-cv-00197-WLS |

## JOINT NOTICE OF SETTLEMENT

Plaintiff Cassandra Holmes, by counsel, and Defendant Wells Fargo Bank, N.A., by counsel, hereby submit notice to the Court that the matters at issue between them in the present action have been compromised, agreed, and settled.  Upon finalization and execution of the settlement documents, the parties shall submit a Joint Stipulation of Dismissal with Prejudice for entry by the Court.

This 4th day of September 2019.

Respectfully submitted,

*/s/ Octavio Gomez*
Octavio Gomez
Georgia Bar No. 617963
MORGAN & MORGAN, TAMPA, P.A.
One Tampa City Center
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Telephone: (813) 223-5505
*Attorney for Plaintiff Cassandra Holmes*

*/s/ Mark J. Windham*
Mark J. Windham
Georgia Bar No. 113194
TROUTMAN SANDERS LLP
600 Peachtree Street, NE, Suite 3000
Atlanta, Georgia 30308-2216

Telephone: (404) 885-3000
mark.windham@troutman.com
*Attorney for Defendant Wells Fargo Bank, N.A.*

39915420