IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

CASSANDRA HOLMES,

Plaintiff,

-vs-                                              CASE NO.:  7:18-CV-00197-HL

WELLS FARGO BANK, N.A.

Defendant.

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

**COMES NOW** the Plaintiff, Cassandra Holmes, and the Defendant, Wells Fargo Bank, N.A., and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss, with prejudice, each claim and count therein asserted by Plaintiff against the Defendant in the above styled action, with Plaintiff and Defendant to bear their own attorney's fees, costs and expenses.

Respectfully submitted this 1st day of October, 2019.

| | |
|---|---|
| /s/ Octavio Gomez, Esq. | /s/ Mark J. Windham |
| Octavio "Tav" Gomez, Esquire | Mark J. Windham  (with permission) |
| Georgia Bar#: 617963 | Georgia Bar No. 113194 |
| Morgan & Morgan Tampa,  P.A. | TROUTMAN SANDERS LLP |
| One Tampa City Center | 600 Peachtree Street, NE, Suite 3000 |
| 201 N Franklin Street, 7th Floor | Atlanta, Georgia 30308-2216 |
| Tampa, FL 33602 | Telephone: (404) 885-3000 |
| Tele: (813) 223-5505 | mark.windham@troutman.com |
| Fax: (813) 223-5402 | *Attorney for Defendant Wells Fargo Bank, N.A* |
| TGomez@forthepeople.com | |
| *Attorney for Plaintiff* | |