IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| CASSANDRA HOLMES, | * |
| Plaintiff, | * |
| v. | Case No. 7:18-CV-197(WLS) |
| | * |
| WELLS FARGO BANK NA, | |
| | * |
| Defendant. | |
| _____ | * |

**J U D G M E N T**

    Pursuant to this Court's Order dated October 4, 2019, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

    This 4th day of October, 2019.

                                          David W. Bunt, Clerk

                                          s/ S. B. DeCesare, Deputy Clerk